# Order

Michigan Supreme Court
Lansing, Michigan

February 19, 2008

135330

MARGARET MANETTA, as Personal
Representative of the Estate of ROBERT
MANETTA, Deceased,
        Plaintiff-Appellee,

v

JAMES E. JOHNSON, D.O., and MACOMB
SURGICAL ASSOCIATES,
        Defendants-Appellants,

and

MT. CLEMENS GENERAL HOSPITAL
INCORPORATED,
        Defendant.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135330
COA: 265988
Macomb CC: 2001-001272-NH

On order of the Court, the application for leave to appeal the October 30, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

_____
Clerk

d0211